U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED AUG 17 2020
CAROL L. MICHEL
CLERK

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

__________ Division

20-02302

Bouchg Aicha and
Ibrahim, Suleiman

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

TONTI MANAGMENT CO, L.L.CO. (Owner),
Julie Greem Manager
and LOUISISANA STATE DEP OF JUSTICE

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. SECT.R MAG.5
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

TENDERED FOR FILING
AUG 17 2020
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

| | |
|---|---|
| Name | Bouchgl, Aicha and Ibrahim, Suleiman |
| Street Address | 6801 Veterans Memorial Blvd APT R07 |
| City and County | Metairie, - Jefferson Parish |
| State and Zip Code | Louisiana, 70003-4472 |
| Telephone Number | (202) 316-0680 |
| E-mail Address | slmibrah6@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

✓ Fee 400.00 LAE063334
__ Process
__ Dktd
__ CtRmDep
__ Doc. No.

Defendant No. 1

| | |
|---|---|
| Name | TONTI MANAGMENT CO, L.L.CO - C/O Jonathan R. Katz |
| Job or Title *(if known)* | Owner |
| Street Address | 201 St. Charles Avenue, Suite 5100 |
| City and County | New Orleans |
| State and Zip Code | Louisiana, 70170 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | JEFF LANDRY |
| Job or Title *(if known)* | ATTORNEY GENERAL |
| Street Address | P.O. Box 94005 |
| City and County | Baton Rouge |
| State and Zip Code | LOUISISA 70804-9005 |
| Telephone Number | (225) 326-6400 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal Fair Housing Act, 42 U.S.C 3601, et seq
Louisiana State La. R.S. 51:2601 et seq

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* N/A, is a citizen of the State of *(name)* N/A.

b. If the plaintiff is a corporation

The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* N/A, is a citizen of the State of *(name)* N/A. Or is a citizen of *(foreign nation)* N/A.

b. If the defendant is a corporation

The defendant, *(name)* CONTI MANAGEMENT CO, L.L.CO , is incorporated under the laws of the State of *(name)* U.S. A - LOUISISNAN STATE , and has its principal place of business in the State of *(name)* N/A . Or is incorporated under the laws of *(foreign nation)* N/A , and has its principal place of business in *(name)* N/A .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$300, 000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

PLEASE: See the Attached Memorandum Pages 1-4 of 4

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please: See the Attached Memorandum pages 1-4 of 4

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Aug 20, 2020

Signature of Plaintiff [signature]

Printed Name of Plaintiff Bouchgl, Aicha and Ibrahim Suleiman

### B. For Attorneys

Date of signing: N/A

Signature of Attorney N/A

Printed Name of Attorney N/A

Bar Number N/A

Name of Law Firm N/A

Street Address N/A

State and Zip Code N/A

Telephone Number N/A

E-mail Address N/A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

BOUCHGLE, AICHA and IBRAHIM, SULEIMAN
Plaintiff.

CIVIL ACTION

NO:

VERSUS:

- Defendant (1)

TONTI MANAGEMENT CO, L.L.CO. Owner and Julie Green Manager

- Defendant (2)

LOUISISANA STATE – Department of Justice DOJ- Public Protection

SECTION:

I.
**MEMORANDUM**

BACGROUNDS

Bouchgl, Aicha (55 years), and Ibrahim, Suleiman (59 years); married couple both of us are English as Second Language ESLs, with strong accents, Muslims, Multi colors, multi-Nationals origins of African; here after (Plaintiffs). As backgrounds Plaintiffs believe they were treated differently based on their i) National Origin ii) Religion belief of Islam and iii) Husband's Color of Black. Accordantly plaintiffs were charged by defendant (1): a) On Aug 6-7, 2013, Double Security deposit of $500.00 (in two payments) at the time for the one bedroom of $250.00; b) On Nov 22, 2016 Plaintiffs were charged another $300.00 for the wife joined the husband in the same one bedroom. However, Defendant (1) never stopped his shameful temptations and intimidations conduct toward plaintiffs.

II. JURIDICTION

Plaintiffs has lived in Metairie, Louisiana 70003 - from Aug 2013- to current day, date of filling this complaint. This court has Jurisdiction over Plaintiff's Federal and State laws and claims. Therefore, plaintiffs here bringing this civil action case for relief from Housing discrimination in violations pursuant to both Title VII of the Civil Rights Act of 1964, as codified 42 U.S.C. §§ 3601, *et seq*. and Louisiana La. R.S. 51:2601, *et seq*

III. PARTIES

1. In all time from Aug 2013- to current time, plaintiffs have lived in 6801 Veterans Memorial Blvd APT R07 (one-bedroom apt.)- Metairie, LA 70003-4472; which is owned by **TONTI MANAGEMENT CO, L.L.CO.** as Owner and **Julie Green** site Manager. Hereafter Defendant (1).
2. The conduct and behavior of LOUISISANA STATE; **Department of Justice DOJ- Public Protection Section;** has left Plaintiffs with no choice other to accept the LA DOJ as a complete partner for defendant (1). Therefore, The LA DOJ; hereafter Defendant (2)

IV. COMPLAINT

3. On Nov 2, 2019, in person plaintiffs paid their rent for the month of Nov 2019, on time and with check #:150.
4. On Nov 11, 2029 – On an immoral move and bad faith defendant (1) charged plaintiffs extra $220.00 and threat to evict plaintiffs.
5. On Nov 12, 2019 plaintiff field case #: 177987 with Louisiana Public Protection. Complaining of discriminatory acts of defendant (1)
6. On Fri, Dec 13, 2019 at 4:39 PM Plaintiffs filled a complaint with Department of Housing and Urban Development HUD complaining on the same discrimination conducts of Defendant (1).
7. On Jan 6, the Louisiana DOJ accepted the HUD Inquiry Number: 604855 and DOJ #: 2020-001. Later known by: HUD Case #06-20-7647-8, LADOJ Case #2020-001

RETALIATIONS

8. On Dec 6, 2019 and Jan 22, 2020 Defendant (1) intentionally changed the and replaced the whole contract pages which just initialed, singed by plaintiffs in lease signing conference; and gave plaintiffs the false dated and signatures pages!
9. On Mar 11, 13, and 18, 2020 Defendant (1) changed the lease terms without plaintiff's contest.
10. Plaintiff received a certified Threat letters on Mar 23, 2020.
11. On the month of Ramadan 2020; defendant (1) Refused to serve plaintiffs accusing them to have COVID-19.

12. On Jun 2020, Defendant (1) Refused to assist plaintiffs on payment plants due to COVID-19 as did for most of residents including one witness on response to National and State orders.
13. On Jul 14, 2020 – Jul 23, 2020 Defendant (1) Refused to serve plaintiffs accusing them for second time to have COID-19.
14. On Jul 23, 2020 defendant (1) order plaintiffs to leave their living in order to receive services; and so, they did. Defendant (1) entered the plaintiffs living accompany by 3 other staff for over 6 hours leaving behind remarkable (filmed) Hate-rage, Racist and Disrespect. Then sent in next day new strangers and asked to allowed to enter.
15. On Aug 3, 2020 Plaintiffs received a certified mail missing PS Form 3811 (USPS Tracking #) mailed from Louisiana Department of Justice Public Protection Section Jul 27, 2020. The mail contains a cover letter and Memorandum: DETERMINATION OF NO REASON ABLE CASE (*Case dismissed*) both of which dated Jun 15, 2020.

## V. DEMAND

Plaintiffs by reference as fully set forth herein the allegations contained in paragraphs IV above; pursuant to both Title VII of the Civil Rights Act of 1964, as codified 42 U.S.C. §§3601, *et seq.* ("Title VII"), as well as the Louisiana La. R.S. 51:2601, *et seq.*

16. FIRST CLAIM FOR RELIEF: National origin discrimination

    Plaintiff by reference as fully set forth herein the allegations contained in paragraphs IV above; pursuant to both Title VII of the Civil Rights Act of 1964, as codified 42 U.S.C. §§ 3601, *et seq.* ("Title VII"), as well as the Age Discrimination in Housing Act of 1967, as codified 29 U.S.C. §§ 621 to 634 ("ADEA"). R. Doc. 1, p. 3. prohibits discrimination against plaintiffs on basis of his national origin, and color.

17. SECOND CLAIM FOR RELIEF: Religion-Based Discrimination.

    Plaintiffs by reference as fully set forth herein the allegations contained in paragraphs IV above pursuant to both Title VII of the Civil Rights Act of 1964, as codified 42 U.S.C. §§ 3601, *et seq.*

("Title VII"), as well as the Louisiana La. R.S. 51:2601, et seq. Defendant discriminated against Plaintiffs by treating them differently from their Christian Residents.

18. THIRD CLAIM FOR REFIEF: Retaliation,

Plaintiff by reference as fully set forth herein the allegations contained in paragraphs IV above; pursuant to both Title VII of the Civil Rights Act of 1991, as codified 42 U.S.C. §§ 3601, *et seq.* ("Title VII"), Act of 1967, as codified 29 U.S.C. prohibits defendants in retaliations against plaintiffs during and after filling Discrimination complaint.

19. PRAYER FOR RELIE:

pursuant to both Title VII of the Civil Rights Act of 1991, as codified 42 U.S.C. §§ 3601; 42 U.S.C.A. ("Title VII"), as well as the Discrimination in Housing Act of 1967, as codified 29 U.S.C. Plaintiffs pray for relief as follows:

Plaintiffs pray for compensations, for reasons be proven in trial.

20. Unlawful defendant actions, in an amount to be proven at trial.
21. For compensatory damages for Plaintiff health, emotional pain and suffering, in an amount to be proven at trial.
22. For reasonable fees and costs of suit pursuant to 42 U.S.C. § 3601
23. For such other and further relief as this Court deems just and proper.
24. For a Jury trial; despite the violated contract terms on paragraph 8, and evidence bad faith.

Respectfully By:

Date: Aug 20, 2020

Ibrahim, Suleiman
6801 Veterans Memorial Blvd APT R07
Metairie, LA 70003-4472
(202) 316-0680
mailto:slmibrah6@gmail.com

Abouchgl, Aicha
6801 Veterans Memorial Blvd Apt. Ro7
Metairie, LA 70003-4472
(202) 316-0680
mailto:slmibrah6@gmail.com

Dear Clerck Office

Please find attached are my forms for filling new civil Case as follows:

1) this notice
2) Cover Sheet (on page)
3) Complaint Memorandum 4 page 1-4 of 4
4) The Petition Complaint 5 pages 1-5 of 5
5) Summon for Defendant (1) 2 pages, 1-2 of 2
6) Summon for Defendant (2) pages 1-2 of 2,

Also, Filling Fees, I am providing my Credit Card Number as:

Suleiman A Ibrahim
6801 Veterans Memorial Blvd APT R07
Metairie, LA 70003-4472
Email address: slmibrah6@gmail.com
Contact Cellphone: (202) 316-0680

Please your help on filling this case and forward me the papers on the above provided address.

Finally Thank you to you all, and please be safe

Sincerely yours,

Suleiman Ibrahim
8/17/2020